UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
DOCKET NO. 3:20-cv-00144-FDW-DSC

| | |
|---|---|
| Siobhan Hanna, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| Silencio Global Inc. | ) |
| Ray Simpson Farris III, | ) |
| Defendants. | ) |

THIS MATTER is before the Court on Plaintiff's Motion to Compel Discovery Responses (Doc. No. 11), Defendants' Motion to Compel (Doc. No. 13), and Defendants' Motion for Extension of Time of Scheduling Order Deadlines. (Doc. No. 20). After reviewing the Motions and supporting documents, the Court hereby ORDERS the following:

- Plaintiff's Motion to Compel (Doc. No. 11) is GRANTED. Defendants are ORDERED to promptly provide complete responses to Plaintiff's requests for interrogatories and document production.

- Defendants' Motion to Compel (Doc. No. 13) is GRANTED. Plaintiff is ORDERED to promptly attend an in-person deposition and respond to Defendants' discovery requests.

- Defendants' Motion for Extension of Time of Scheduling Order Deadlines (Doc. No. 20) is DENIED.

- The Court further ORDERS the parties to complete discovery by November 11, 2020 and to submit all dispositive motions by November 18, 2020.

IT IS SO ORDERED.

Signed: November 4, 2020

_____
Frank D. Whitney
United States District Judge